IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SCOTT MCREAKEN and ANTHONY TOLIVER,<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>NEIL KELLERMAN, LUKE HICKS, KEITH HUBLER, BRADLEY DEDECKER, and DEREK CLELAND,<br><br>　　　　　　Defendants. | Case No. 21-CV-00584-SPM (Lead Case) |

## JUDGMENT IN A CIVIL ACTION

**DECISION BY THE COURT.**

　　**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Court's Order of August 15, 2025 (Doc. 130), this matter is **DISMISSED with prejudice**.

**DATED: August 15, 2025**

　　　　　　　　　　　　　　　　　　MONICA A. STUMP,
　　　　　　　　　　　　　　　　　　Clerk of Court


　　　　　　　　　　　　　　　　　　By: *s/ Jackie Muckensturm*
　　　　　　　　　　　　　　　　　　　　Deputy Clerk


**APPROVED:** *s/ Stephen P. Mc*Glynn
　　　　　　　STEPHEN P. MCGLYNN
　　　　　　　U.S. District Judge